IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| BOLLIMUNTA SREENIVASA, | : | Case No. 1:20-cv-451 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| vs. | : | |
| SIEMENS, | : | |
| Defendant. | : | |

**ORDER ADOPTING REPORT AND RECOMMENDATION (DOC. 2)
AND DENYING MOTION TO PROCEED IN FORMA PAUPERIS (DOC. 1)**

The Court has reviewed the Report and Recommendation (Doc. 2) of United States Magistrate Judge Karen L. Litkovitz, to whom this case is referred pursuant to 28 U.S.C. § 636(b). As no objection to the Report and Recommendation has been filed and the time to do so has expired, the Court **ADOPTS** the Report and Recommendation in its entirety. Accordingly, Plaintiff's motion to proceed *in forma pauperis* (Doc. 1) is **DENIED**. The Court further **GRANTS** Plaintiff an **EXTENSION OF TIME** of thirty (30) days from the date of this Order to pay the required filing fee of $400.00.

Plaintiff is hereby **NOTIFIED** that his complaint will not be deemed "filed" until the appropriate filing fee is paid, *see Truitt v. County of Wayne*, 148 F.3d 644, 648 (6th Cir. 1998), and that if he fails to pay the filing fee within thirty (30) days this matter will be closed.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
MATTHEW W. McFARLAND
UNITED STATES DISTRICT JUDGE