IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION - CINCINNATI

| | | |
|---|---|---|
| BOLLIMUNTA SREENIVASA, | : | Case No. 1:20-cv-451 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| vs. | : | |
| SIEMENS, | : | |
| Defendant. | : | |

**ORDER ADOPTING REPORT AND RECOMMENDATION (DOC. 16)**

The Court has reviewed the Report and Recommendation (Doc. 16) of United States Magistrate Judge Karen L. Litkovitz, to whom this case is referred pursuant to 28 U.S.C. § 636(b). As no objection to the Report and Recommendation has been filed and the time to do so has expired, the Court **ADOPTS** the Report and Recommendation in its entirety. Accordingly, Plaintiff's motion to withdraw (Doc. 15), construed as a motion to voluntarily dismiss under Fed. R. Civ. P. 41(a)(2), is **GRANTED** and this case is **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: *[signature]*
MATTHEW W. McFARLAND
UNITED STATES DISTRICT JUDGE