# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| BOLLIMUNTA SREENIVASA,<br>　　Plaintiff, | Case No. 1:20-cv-451<br>McFarland, J.<br>Litkovitz, M.J. |
| v. | |
| SIEMENS,<br>　　Defendant. | **REPORT AND**<br>**RECOMMENDATION** |

This matter is before the Court on plaintiff's general motion (Doc. 19), in which plaintiff requests that the Court determine whether an attached letter that was sent to him by defendant is "an attempt to obstruct the justice to the plaintiff." (*Id.* at PAGEID 52). The Court has reviewed the letter and does not consider defendant's proposed stipulation of dismissal as an attempt to obstruct justice. Regardless, plaintiff's motion is moot because the District Court has already dismissed this case on plaintiff's motion. (*See* Docs. 15-17). The Court reminds plaintiff that this dismissal was without prejudice to refiling should he wish to resume litigation against defendant.

**IT IS THEREFORE RECOMMENDED THAT** plaintiff's motion (Doc. 19) be **DENIED AS MOOT**.

Date: 1/9/2021

Karen L. Litkovitz
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

BOLLIMUNTA SREENIVASA,                   Case No. 1:20-cv-451
    Plaintiff,                                                McFarland, J.
                                                                        Litkovitz, M.J.
    v.

SIEMENS,
    Defendant.

## NOTICE

    Pursuant to Fed. R. Civ. P. 72(b), **WITHIN 14 DAYS** after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations. This period may be extended further by the Court on timely motion for an extension. Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. If the Report and Recommendation is based in whole or in part upon matters occurring on the record at an oral hearing, the objecting party shall promptly arrange for the transcription of the record, or such portions of it as all parties may agree upon, or the Magistrate Judge deems sufficient, unless the assigned District Judge otherwise directs. A party may respond to another party's objections **WITHIN 14 DAYS** after being served with a copy thereof. Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).