IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| BOLLIMUNTA SREENIVASA, | : | Case No. 1:20-cv-451 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| v. | : | |
| SIEMENS, | : | |
| Defendant. | : | |

## ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 20) AND DENYING PLAINTIFF'S GENERAL MOTION (Doc. 19)

This action is before the Court upon the Report and Recommendation (Doc. 20) entered by United States Magistrate Judge Karen L. Litkovitz. As no objection has been filed and the time to do so has expired, the Court **ADOPTS** the Report and Recommendation in its entirety. Accordingly, Plaintiff's general motion (Doc. 19) is **DENIED AS MOOT**. This case remains **TERMINATED** on the Court's docket.

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND